**Sandra R. HOOVER, Respondent,**

v.

**INDEPENDENT SCHOOL DISTRICT # 84, Self–Insured/Minnesota School Boards Association Insurance Trust/Berkley Risk Administrators, Relators,**

**and**

**Northwest Iowa Anesthesia Associates, Blue Cross Blue Shield of Minnesota, AAA Collections Midwest, Inc., and Orthopaedics, PC, Intervenors.**

No. A11–1347.

Supreme Court of Minnesota.

Oct. 27, 2011.

Ruth M. Harvey, Chesley, Kroon, Harvey & Carpenter, P.L.L.P., Mankato, MN, for respondent.

Timothy P. Jung, Natalie K. Lund, Lind, Jensen, Sullivan & Peterson, P.A., Minneapolis, MN, for relators.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed June 29, 2011, be,

and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/Paul H. Anderson
Associate Justice

MEYER, J., took no part in the consideration or decision of this case.